**FROM: The District Court the 2nd Judicial District.**
**County of Silver Bow.**

STATE OF MONTANA,
    Plaintiff,                          No. DC-97-75
vs.                                  Decision
JESSE J. HIGAREDA,
    Defendant,

On July 30, 1998, the defendant was sentenced to the following: Counts I - III: Fifteen (15) years in the Montana State Prison, on each count, to run consecutively to each other, with fifteen (15) years suspended.

On February 8, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Frank Joseph. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed at this time.

It is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be continued to the next meeting of the Sentence Review Board at the Montana State Prison, currently scheduled for May 17 and 18, 2001.

The reason for the continuance is to allow the defendant's attorney, Mr. Joseph, time to seek an order from the District Court to determine if any additional post-conviction relief is available to the defendant pursuant to the statute.

Done in open Court this 8th day of February, 2001.

DATED this 27th day of February, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

**FROM: The District Court the 4th Judicial District.**
**County of Missoula.**

STATE OF MONTANA,
    Plaintiff,                          No. DC-99-14006
vs.                                  Decision

**BRIAN A. HITCHCOCK,**
    **Defendant,**

On October 17, 2000, the defendant was sentenced to the following: Count I: Thirteen (13) month commitment to the Department of Corrections, followed by four (4) years of supervised probation; and Count II: Six (6) months in the Missoula County Detention Facility, with all but two (2) days suspended, to run concurrently to the sentence imposed in Count I.

On February 8, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Margaret Borg. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 8th day of February, 2001.

DATED this 27th day of February, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

**FROM: The District Court the 1st Judicial District.**
**County of Lewis and Clark.**

**STATE OF MONTANA,**
    **Plaintiff,**                                    **No. ADC-2000-20**
**vs.**                                              **Decision**
**JOHN H. HOOTS,**
    **Defendant,**

On September 6, 2000, the defendant was sentenced to the following: Count I: Twelve (12) month commitment to the Department of Corrections, followed by three (3) years probation; Count III: Six (6) months in the Lewis and Clark County Jail, all suspended; Count IV: Six (6) months in the Lewis and Clark County Jail, all suspended. The sentences imposed for Counts III and IV shall run concurrently with each other and with the sentence imposed for Count I.